IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2017 SEP 19 PM 1:55
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | | |
|---|---|---|
| CANDICE MENDOZA, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-17-CV-00635-LY |
| | § | |
| PGT TRUCKING, INC. AND SAMUEL MEDINA, | § | |
| DEFENDANTS. | § | |

## FINAL JUDGMENT

Before the court in the above styled and numbered cause is Plaintiff Candice Mendoza's Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) by which Mendoza gives notice that she voluntarily dismisses without prejudice this action against Defendants PGT Trucking, Inc. and Samuel Medina. Having reviewed the notice and the case file,

**IT IS ORDERED** that Plaintiff Candice Mendoza's claims alleged in this action against Defendants PGT Trucking, Inc. and Samuel Medina are **DISMISSED WITHOUT PREJUDICE.**

As nothing remains for resolution in the cause, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case is hereby **CLOSED**.

SIGNED this _19th_ day of September, 2017.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE